```
                            United States Bankruptcy Court
                            Western District of New York
In re:                                                              Case No. 19-21197-PRW
James D Martin                                                      Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0209-2           User: admin              Page 1 of 1                  Date Rcvd: Dec 02, 2019
                               Form ID: defyBK2         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db            +James D Martin,   42 Rowley Street,   Rochester, NY 14607-2617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
          Brian C. Buettner    on behalf of Debtor James D Martin brianbuett@aol.com
          Douglas J. Lustig    mms@dibblelaw.com,  dra@dibblelaw.com;N236@ecfcbis.com;mjk@dibblelaw.com
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    James D Martin

                Debtor(s)

Case No.: 2–19–21197–PRW
Chapter: 7

SSN: xxx–xx–4721

## CASE OPENING DEFICIENCY

**To the Debtor(s) and Debtor(s)' Attorney:**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Information entered into ECF does not match the PDF.
  Please be advised that *the Court will update ECF to match the PDF* for the following items:
  - Estimated Assets
    If the PDF is incorrect, file an Amendment.

**To e–file:**

- Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
  [combine schedules into 1 pdf & attach first; the required cover sheet must be attached second]

**The Clerk's office is available for additional questions and training at (585) 613–4200.**

Date: December 2, 2019        Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                          By: J. Leidolph, Deputy Clerk

Form defyBK2/Doc 8
www.nywb.uscourts.gov